UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARAH CREBASSA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> GOVERNOR BRIAN SANDOVAL, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:17-cv-02276-APG-NJK <br><br> ORDER |

Plaintiff has filed a motion to consolidate this case with seven others. Docket No. 6. While that motion remains pending, the Court finds a stay of this proceeding to be in furtherance of the goals in Rule 1 of the Federal Rules of Civil Procedure. Accordingly, this case is **STAYED** pending resolution of the motion to consolidate. The motions to amend the complaint (Docket Nos. 7, 9) are **DENIED** without prejudice to being refiled if the motion to consolidate is denied. The motion for continuance (Docket No. 8) is **DENIED** as moot. Because this case is stayed, no further filings shall be made in this case until the motion to consolidate is resolved.

IT IS SO ORDERED.

Dated: October 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge