UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SARAH CREBASSA,  )
                      Plaintiff(s),  )   Case No. 2:17-cv-02276-APG-NJK
                        )
v.  )   ORDER
                        )
GOVERNOR BRIAN SANDOVAL,  )   (Docket No. 6)
                      Defendant(s).  )
                        )

The Court previously screened Plaintiff's complaint, found she failed to state a claim, and ordered her to file an amended complaint if she believed she could cure the stated deficiencies. Docket No. 3. Rather than file an amended complaint, Plaintiff filed a motion to consolidate this case with seven others that she brought. Docket No. 6. The Court thereafter stayed the case pending resolution of the motion to consolidate. Docket No. 10. In the meantime, the motion to consolidate filed in the base-case was denied as premature. *See Crebassa v. LVMPD*, 2:17-cv-2270-JCM-GWF, Docket No. 7. Moreover, United States District Judge Jennifer A. Dorsey has also denied the motion to consolidate filed in two other cases and ordered amended complaints be filed. *See Crebassa v. Manendo*, Case No. 2:17-cv-2271-JAD-NJK, Docket No. 9; *Crebassa v. Lockhead*, 2:17-cv-2277-JAD-NJK, Docket No. 8.

The Court similarly finds here that the motion to combine cases should be denied, and that Plaintiff should file an amended complaint in this case as initially ordered to the extent she believes she can cure the deficiencies identified previously. To that end, Plaintiff shall have until 4:00 p.m.

on July 13, 2018, to file an amended complaint that cures the deficiencies noted in the previous screening order. **Failure to do so may result in the dismissal of this case.**

The motion to combine cases at Docket No. 6 is **DENIED**.

IT IS SO ORDERED.

Dated: June 13, 2018

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge